THE TOWNSHIP OF HIAWATHA v. JOSEPH H. STEERE, CIRCUIT JUDGE OF SCHOOLCRAFT COUNTY.

*Equity practice—Amending decree—Mandamus.*

*Mandamus* will not lie to vacate an order made by the circuit court in chancery amending an enrolled decree dismissing a bill so as to make such dismissal without prejudice, and the decree conform to the oral announcement of the court.

*Mandamus.* Argued February 9, 1892. Denied February 10, 1892.

Relator applied for a writ of *mandamus* to vacate an order amending an enrolled decree. The facts are stated in the opinion.

*W. F. Riggs,* for relator.

*J. F. Carey,* for respondent.

PER CURIAM. In this matter a decree was orally announced dismissing a bill without prejudice.[2] The

---

[1] Act No. 28, Laws of 1887, § 7.
[2] The bill was filed by the township of Harrison, the territory comprising which was formerly embraced within that of relator, for an accounting and settlement under the statute, and was dismissed upon general demurrer by the relator.

decree was drawn, signed, and enrolled, omitting the words "without prejudice." The court afterwards made an order, on motion, amending the decree to conform to his oral announcement. This application is for *mandamus* to vacate this order.

The writ is denied.